UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| RICHARD BARTON, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR; *et al.*, <br><br> *Defendants* | Civil Action No. 5-24-cv-00249-DCR |

## ORDER

The Commonwealth of Kentucky and the States of Alabama, Ohio, and West Virginia (collectively, "the States") having moved to intervene in this action, and the Court being sufficiently advised, it is hereby **ORDERED**:

1. The States' motion to intervene as Plaintiffs in this action is GRANTED;

2. The Clerk shall file of record the States' proposed intervening complaint attached to their motion; and

3. The Defendants shall answer or otherwise respond to the States' intervening complaint within 60 days after the later of (a) the entry of this order or (b) service upon them of the original Plaintiffs' complaint and summons.

**SO ORDERED**, on this the ____ day of _____, 2024.