IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| RICHARD BARTON, et al., | : |
| *Plaintiffs,* | : |
| v. | : No. 5:24-cv-00249-DCR |
| U.S. DEPARTMENT OF LABOR, et al., | : |
| *Defendants.* | : |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.2, Intervenor State of Ohio requests that T. Elliot Gaiser be admitted *pro hac vice* for the purpose of representing Ohio in the above-referenced action. In support of this application, a declaration from T. Elliot Gaiser and a certificate of good standing are attached.

                                                                              Respectfully submitted,

                                                                              DAVE YOST
                                                                              Ohio Attorney General

                                                                              */s/ T. Elliot Gaiser*
                                                                              T. ELLIOT GAISER
                                                                                (*pro hac vice pending*)
                                                                              Solicitor General
                                                                              30 East Broad Street, 17th Floor
                                                                              Telephone:  (6l4) 466-8980
                                                                              Facsimile:  (614) 466–8087
                                                                              thomas.gaiser@OhioAGO.gov