# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF

## GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

Thomas Elliot Gaiser (0096145)

was duly admitted to practice in this Court on

July 11, 2023

and is in good standing as a member of the Bar of this Court.

Dated at Dayton, Ohio on June 18, 2024

*Anne Wamsley*, Deputy Clerk
Issuing officer's signature

Richard W. Nagel, Clerk, U.S. District Court
Printed name and title