**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

RICHARD BARTON, *et al.*,

    *Plaintiffs*,

v.

    No. 5:24-cv-00249-DCR

U.S. DEPARTMENT OF LABOR, *et al.*,

    *Defendants.*

---

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

---

The motion for admission to practice pro hac vice in the above-captioned matter is **GRANTED**. The applicant, T. Elliot Gaiser, is permitted to argue or try this case in whole or in part as counsel for the State of Ohio. It is

    **SO ORDERED**.


_____                    _____

Date                                                    United States District Judge