IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| RICHARD BARTON, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Civil Action No. 5:24-cv-00249<br><br>**MOTION FOR PERMISSIVE INTERVENTION**<br><br>**AND**<br><br>**CONDITIONAL MOTION FOR INTERVENTION AS OF RIGHT AND TO PARTICIPATE AS AMICI** |

Odin Millard, Dexter Starks, Willie Shelly, Farmworker Justice, Legal Action of Wisconsin, and the UFW Foundation (together, "Proposed Intervenors") respectfully move this Court for permissive intervention as intervenor-defendants pursuant to Fed. R. Civ. P. 24(b)(1)(B). Permissive intervention is warranted because the Proposed Intervenors have "claim[s] or defense[s] that share[] with the main action . . . common question[s] of law or fact," *id.*, and permissive intervention would not "unduly delay or prejudice the adjudication of the original parties' rights," *see* Fed. R. Civ. P. 24(b)(3).[1]

Additionally, should this Court conclude permissive intervention is not warranted, Proposed Intervenors request that this Court treat this filing as "a standby or conditional application for leave to intervene" as-of-right "and ask [this Court] to defer consideration of the question of adequacy of representation" under Fed. R. Civ. P. 24(a)(2) until such time as the

---

[1] Proposed Intervenors attach to this Motion proposed Oppositions to the pending motions for preliminary relief, *see* ECF Nos. 17, 21. Should this Court determine that permissive intervention is unwarranted, Proposed Intervenors request this Court docket and consider the proposed Oppositions as *amici* briefs in support of the Government Defendants.

1

Government Defendants no longer adequately represent Proposed Intervenors' interests. *See Solid Waste Agency of N. Cook Cnty. v. U.S. Army Corps of Eng'rs*, 101 F.3d 503, 509 (7th Cir. 1996) ("*SWANCC*"). Until the Government Defendants no longer adequately represent the Proposed Intervenors' interests, the Proposed Intervenors request permission to participate as amici by filing briefs on any motion for preliminary relief and any dispositive motion.

This approach seeks to balance the requirements for intervention set out in Federal Rule of Civil Procedure 24. The Proposed Intervenors have an interest in "timely" filing this application to intervene and defend the Final Rule, *see* Fed. R. Civ. P. 24(a), (b)(1), which provides important protections to the Proposed Intervenors who are farmworkers and to many of the vulnerable agricultural workers whom the organizational Proposed Intervenors serve. At the same time, at this early stage of this litigation, it is not yet clear whether the Government Defendants will "adequately represent" the Proposed Intervenors' interests at every stage of this litigation. *See* Fed. R. Civ. P. 24(a)(2). Thus, if permissive intervention is not warranted, the *SWANCC* approach is a sensible equilibrium that will protect the Proposed Intervenors' interests while enhancing judicial economy and ensuring these important issues are vigorously litigated at every stage of this case.

The original Plaintiffs oppose this Motion. The State Intervenor-Plaintiffs reserve the right to oppose this motion. The Government Defendants oppose this motion.

Respectfully submitted this 4th day of November, 2024.

/s/ *Nathan Leys*
Nathan Leys (CT 442014)
(*pro hac vice* motion forthcoming)
FarmSTAND
712 H St. NE, Suite 2534
Washington, D.C. 20002
Phone: (202) 630-3095
Fax: (978) 845-2282
E-mail: nathan@farmstand.org

/s/ *Daniel J. Canon*
Daniel J. Canon (KY 92048)
Saeed & Little, LLP
8777 Purdue Rd., Ste. 225
Indianapolis, IN 46268
dan@sllawfirm.com
(317) 721-9214

***Attorneys for Proposed Intervenor-Defendants***

## **CERTIFICATE OF SERVICE**

    I certify that on November 4, 2024, I caused the foregoing Motion to Intervene, along with the associated Memorandum in Support, Proposed Order, Proposed Answers, and Proposed Oppositions to be served on all parties via the CM/ECF e-filing system.

                                                              /s/ *Dan Canon*
                                                              Dan Canon