IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

RICHARD BARTON, *et al.*

   *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF LABOR, *et al.*,

   *Defendants*.

Civil Action No. 5:24-cv-00249

Order

The Proposed Intervenors' Motion for Permissive Intervention is **GRANTED**. The request to treat the Motion as a conditional motion for intervention as-of-right is **DENIED AS MOOT**.

OR

The Proposed Intervenors' Motion for Permissive Intervention is **DENIED.** The alternative request to treat the Motion as a conditional motion for intervention as-of-right is **GRANTED**, and the Court will defer consideration until such time as the Proposed Intervenors file a renewed Motion to Intervene as-of-Right. Until Proposed Intervenors file such a renewed motion, the Court will permit Proposed Intervenors to participate as *amici* on the motions for preliminary relief and any dispositive motions in this case.

   **SO ORDERED.**