# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| RICHARD BARTON, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants.* | Civil Action No. 5:24-cv-00249<br><br>**DECLARATION OF ODIN MILLARD IN SUPPORT OF INTERVENTION** |

### DECLARATION OF ODIN MILLARD

I, Odin Millard, declare as follows:

1. I am a farmworker from South Africa who has worked on H-2A visas in Tennessee, North Dakota and Kansas, over the past three years.

2. I currently work on a farm in Kansas on an H-2A visa and plan to continue doing so until my work ends in November.

3. I intend to return to Kansas with an H-2A visa in 2025 and in the following years.

4. The protections included in the 2024 H-2A Final Rule are beneficial to me and my co-workers. For example, I have been in a situation where my H-2A employer confiscated my passport and other immigration documents, preventing me from leaving. The provisions in the new rule prohibiting H-2A employers from confiscating workers' passports and other immigration documents would ensure that workers like me have the freedom to leave exploitative employers.

5. The Final Rule would also benefit me and other workers in many other ways. The provision on progressive discipline, for example, would help make sure that H-2A

workers like me get fair notice and a chance to remedy anything we are doing wrong. The Final Rule's clarification on termination "for cause" is also helpful because it means that the employer can't terminate us for false reasons, or no reason at all. This is important because if H-2A workers like me are fired "for cause" we lose out on many guarantees under the program, like the costs of our trip home, housing, and payment of three-quarters of the hours of our contract.

6. The part of the Final Rule that says employers who have been debarred from the H-2A program will not be able to apply for H-2A workers just by forming a new company is also helpful, because H-2A workers like me don't always know which employers have violated employment laws.

7. I declare under penalty of perjury that the foregoing is true and correct.

X _____
Odin Millard (Oct 23, 2024 10:11 CDT)
Odin Millard

X 23/10/2024
Date