# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| RICHARD BARTON, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | Civil Action No. 5:24-cv-00249 <br><br> **DECLARATION OF DEXTER STARKS IN SUPPORT OF INTERVENTION** |

**DECLARATION OF DEXTER STARKS**

I, Dexter Starks, declare as follows:

1. I am a U.S. citizen, and I have worked as a farmworker in Mississippi for over 15 years. I intend to finish out this season and return next season and keep returning each season.

2. For the last several years, my employer has also employed H-2A workers to do the same work as the U.S. farmworkers like me.

3. As a U.S. worker employed by an H-2A employer, I am aware that my employer must provide me and the other U.S. workers the same wages and benefits as the H-2A workers.

4. The protections included in the 2024 H-2A Final Rule are beneficial to me and my fellow U.S. workers. For example, the provisions about termination and progressive discipline help make sure that U.S. workers like me get warnings before the employer can terminate us and give us a chance to fix things. The Final Rule also makes clear that I can

only be fired for certain reasons, and they can't just fire me so they can replace me with H-2A workers.

5. I understand that the Final Rule also moves up the date of the increase in the Adverse Effect Wage Rate (AEWR) so that the increase happens the day the new rate comes out. This is beneficial to me and other U.S. workers in corresponding employment because we are guaranteed the same wage rate as the H-2A workers we work with.

6. I declare under penalty of perjury that the foregoing is true and correct.

X _____
Dexter Starks (Nov 1, 2024 09:49 CDT)

Dexter Starks

X 01/11/2024

Date