# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| RICHARD BARTON, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants.* | Civil Action No. 5:24-cv-00249 <br><br> **DECLARATION OF WILLIE SHELLY IN SUPPORT OF INTERVENTION** |

### DECLARATION OF WILLIE SHELLY

I, Willie Shelly, declare as follows:

1. I am a U.S. citizen.

2. I work at a farm in Mississippi that also employs H-2A workers to do the same work as me. I intend to keep working on this farm for as long as they'll keep hiring me.

3. As a U.S. worker employed by an H-2A employer, I am aware that my employer must provide me and the other U.S. workers at the farm the same wages and benefits as the H-2A workers.

4. The 2024 H-2A Final Rule will help me and my fellow U.S. workers. I've seen many U.S. farmworkers get replaced by H-2A workers. I understand that the Final Rule has protections against getting fired for no reason, and that it requires employers to give warnings and to keep a record before they can fire someone. I think these protections will be very beneficial to me and my fellow U.S. workers to make sure we can keep our jobs and livelihoods.

5. I declare under penalty of perjury that the foregoing is true and correct.

X ___Willie Shelley (Nov 1, 2024 12:05 CDT)___

Willie Shelley

X 01/11/2024

Date