# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| RICHARD BARTON, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Civil Action No. 5:24-cv-00249<br><br>**DECLARATION OF LORI J. JOHNSON IN SUPPORT OF INTERVENTION** |

I, Lori J. Johnson, declare as follows:

1. I am the Legal Director and Senior Staff Attorney at Farmworker Justice, having joined Farmworker Justice earlier this year. I am responsible for direct representation in litigation in cases involving farmworkers including on behalf of workers on H-2A visa and/or in corresponding employment.

2. Farmworker Justice is a national non-profit organization that serves farmworkers, their families, and their communities across the United States to improve living and working conditions, immigration status, health, occupational safety, and access to justice.

3. Farmworker Justice took a leadership role among 40 signatories in organizing and preparing extensive comments on the 2023 Proposed H-2A Rule, drawing on decades of experience working to equip farmworkers with the tools to seek high wages and better working conditions, end the selective exclusion of farmworkers from certain labor law protections, and demand effective enforcement of labor laws, so that farmworkers have the same workplace rights as in other occupations and can exercise them without retaliation.

4. Farmworker Justice has a lengthy record of representing farmworkers with H-2A visas who brought claims involving their H-2A contract and retaliation for asserting workplace rights,

or who were not paid their rightful wage, had their passports confiscated by their employer, or sought better protections in having visitors of their choosing at their housing.

5. Farmworker Justice has produced training materials related to the Final Rule, and has conducted trainings including a webinar for advocates around the nation.

6. Farmworker Justice is a non-profit with limited resources. Striking down the Final Rule would limit the U.S. Department of Labor's ability to debar bad actors, whose repeat bad acts would result in an added strain on the limited available legal resources available to farmworkers, such as Farmworker Justice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2024.

/s/ *Lori J. Johnson*

Lori J. Johnson, Attorney at Law

Legal Director

Farmworker Justice