# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| RICHARD BARTON, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> *Defendants*. | **Civil Action No. 5:24-cv-00249** <br><br> **DECLARATION OF DIEGO IÑIGUEZ-LÓPEZ IN SUPPORT OF INTERVENTION** |

I, Diego Iñiguez-López, declare as follows:

1. I am the Director of Government Affairs for the UFW Foundation. I have had this position for approximately one year and one month. My job responsibilities include leading policy advocacy related to farm workers such as H-2A workers and U.S. farm workers who work with H-2A workers and supporting proposed regulations and other policies that advance the rights and wellbeing of farm workers.

2. The UFW Foundation is a dynamic non-profit organization with the core purpose of empowering communities to ensure human dignity. The UFW Foundation has staff serving farmworkers and low-income immigrants in California, Arizona, Washington, Oregon, and Michigan. Through worker engagement and legislative advocacy, the UFW Foundation seeks to advance the rights of farmworkers. In 2023, the UFW Foundation directly served at least 211,000 farm workers through immigration legal services, COVID-19 pandemic disaster relief, storm recovery services, and a call center for farm workers to call if their employers violated employment-related laws, among other services. It is one of the largest federally accredited immigration legal service providers in California. The UFW Foundation also has staff located in Tifton and Hazelhurst, Georgia and serves farm workers throughout the state. The UFW Foundation's membership includes H-2A workers

and corresponding U.S. farm workers. It has advocated for H-2A workers' rights and protections to prevent the depression of U.S. farm workers' wages and working conditions as well as their displacement. UFW Foundation members could assert rights that would be strengthened by the Department of Labor rule. As an organization that offers multiple services to H-2A and U.S. farm workers, the UFW Foundation would be able to have more contact with H-2A workers and corresponding U.S. farm workers, who would have the ability to associate with and invite UFW Foundation staff to worker housing, under the rule.

3. Through our advocacy and organizing work, the UFW Foundation works closely with H-2A farm workers. Through this work, our organizers and other UFW Foundation staff have heard countless stories of the abuses suffered by H-2A and corresponding U.S. farm workers by employers who face a lack of accountability. These experiences include widespread fear among workers that if they assert their right to the wages they deserve or if they speak out against employer violations of labor laws, they will be retaliated against by their employer, with these workers having witnessed co-workers facing pretextual firings or other forms of retaliation for asserting such rights. Workers who the UFW Foundation work with report that their employer prohibits them from meeting with key services providers like the UFW Foundation and having to covertly meet with medical, legal services, and other providers. H-2A workers report paying illegal recruitment fees and their employers confiscating passports and other travel documents and transporting them to states where they did not agree to work in. Workers also report widespread wage theft by H-2A employers against H-2A and corresponding U.S. farm workers, including tactics like employers announcing piece rates and then later paying a different rate that results in less payment and arbitrarily using productivity standards. Workers also describe abusive webs or networks, with recruiters, supervisors, farm labor contractors, and other employer agents being the ones who frequently carry out the above exploitative actions. Many farm workers report employer-provided transportation not having seat belts, those seat belts not being functional, or they're only for drivers.

4. Because of the systemic abuse faced by H-2A and corresponding U.S. farm workers, the UFW Foundation advocated in support of the Department of Labor rule when it was originally proposed. This includes submitting a public comment that featured the testimonies of approximately 100 farm workers and how they would benefit from the proposed rule; submitting a shorter comment with 60 organizations in support; mobilizing the support of Congressional members in submitting supportive comments; and gathering over 4,000 farm workers and an additional 4,000 supporters to sign a petition in support of the proposed rule. We also signed onto Farmworker Justice's comment in support of the proposed rule. In addition, we have committed significant advocacy resources to combatting legislative efforts to block the rule from going into effect through appropriations or other federal legislation. Since the finalization of the rule, we have invested in public education and communications materials to inform farm workers about what rights and benefits they have under the rule.

5. UFW Foundation members, both H-2A and corresponding U.S. farm workers, could greatly benefit from the rule. They will have strengthened protections when advocating for better working conditions, wages, and the ability to assert legal rights that they currently have but that H-2A employers frequently do not respect. They will have the ability to invite guests, including legal services providers like the UFW Foundation, to where they live, thereby reducing their isolation and giving them information about critical services that are available to them and increased access to those services. Because of the rule, workers will face less illegal recruitment fees and human trafficking when participating in the H-2A program. H-2A and corresponding U.S. workers will benefit by having more safety in employer-provided vehicles. And H-2A and corresponding U.S. workers will ultimately face less abuse and exploitation by less employer agents because of the modest protections that the rule creates to promote transparency and accountability for H-2A employers and their various agents.

6. The invalidation of the rule will reverse the above benefits for H-2A and corresponding U.S. workers and it will also harm the UFW Foundation. If invalidated, the UFW Foundation will have limited ability to engage workers who invite them to where they live and provide needed services. This may cause strains on our organizational resources, forcing UFW Foundation organizers and staff to meet with workers elsewhere, under more difficult circumstances, and making it more difficult for our staff to communicate and provide direct services to workers.

7. The rule is a modest improvement to farm workers' working conditions and their access to critical services and to the UFW Foundation's ability to serve farm workers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2024.

*[signature]*

DIEGO IÑIGUEZ-LÓPEZ