**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| RICHARD BARTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>Defendants. | Case No. 5:24-cv-00249-DCR |

**JOINT STATUS REPORT**

Pursuant to the Court's Stay Order, ECF No. 94, the parties respectfully submit the following status report. Defendants advise that the Department of Labor's (DOL) H-2A program rulemaking activities, as announced in its regulatory agenda on September 4, 2025, which can be viewed at https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=1205-AC25, remain ongoing and there are no additional updates at this time.

Plaintiffs respectfully state that they have no new information to provide the Court regarding the rescission of the Final Rule. The parties will continue to submit status reports every 45 days as previously ordered.

DATE: April 29, 2026 Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JAQUELINE COLEMAN SNEAD
Assistant Branch Director

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
D.C. Bar No. 900030102
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5525
Email: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

/s/Joseph A. Bilby
Leon R. Sequeira, MO Bar No. 52403**
Joseph A. Bilby, KY Bar No. 94384
**SEQUEIRA BILBY PLLC**
106 Progress Drive
Frankfort, KY 40601
Telephone: (502) 409-1778
Leon@SequeiraBilby.com
Joe@SequeiraBilby.com

*Counsel for Plaintiffs*

***Admitted Pro Hac Vice*

**RUSSELL COLEMAN**
Attorney General

*/s/ Victor B. Maddox*
Justin D. Clark
Aaron J. Silletto
Kentucky Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
Justind.Clark@ky.gov
Aaron.Silletto@ky.gov

*Counsel for the Commonwealth of Kentucky*

**STEVE MARSHALL**
Attorney General

*/s/ Robert M. Overing*
Robert M. Overing**
Deputy Solicitor General
Robert.Overing@AlabamaAG.gov
Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300

**DAVE YOST**
Attorney General

*/s/ T. Elliot Gaiser*
T. Elliot Gaiser**
Solicitor General
Office of the Ohio Attorney General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
Thomas.Gaiser@ohioago.gov

Fax: (334) 353-8400

*Counsel for the State of Alabama*

***Admitted Pro Hac Vice*

**PATRICK MORRISEY**
Attorney General

*/s/ Michael R. Williams*
Michael R. Williams**
Solicitor General
Office of the West Virginia Attorney General
State Capitol, Bldg. 1, Room E-26
1900 Kanawha Blvd. E.
Charleston, West Virginia 25305
304-558-2021
michael.r.williams@wvago.gov

*Counsel for the State of West Virginia*

***Admitted Pro Hac Vice*

*Counsel for the State of Ohio*

***Admitted Pro Hac Vice*